**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00219-MR
CRIMINAL CASE NO. 1:98-cr-00155-MR-1**

| | |
|---|---|
| ARANDER MATTHEW ) <br> HUGHES, JR., ) <br> ) <br>       Petitioner, ) <br> ) <br>       vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>       Respondent. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's *pro se* "Motion for Leave to File a Supplemental under Fed. R. Civ. P. 15(d)" [Doc. 9] and "Motion Pursuant to Fed. R. Civ. P. 60(b)(6)" [Doc. 10].

On September 15, 2016, this Court granted the Government's motion to stay this action pending a decision by the Fourth Circuit Court of Appeals in the cases of United States v. Ali, No. 15-4433 (4th Cir.) and United States v. Simms, No. 15-4640 (4th Cir.). On November 7, 2016, notwithstanding that Petitioner is represented by counsel, Petitioner filed a *pro se* "Motion for Leave to File a Supplemental under Fed. R. Civ. P. 15(d)" and a "Motion

Pursuant to Fed. R. Civ. P. 60(b)(6)." Because this action has been stayed, the Court will deny Petitioner's motions without prejudice.

**IT IS, THEREFORE, ORDERED** that Petitioner's "Motion for Leave to File a Supplemental under Fed. R. Civ. P. 15(d)" [Doc. 9] and "Motion Pursuant to Fed. R. Civ. P. 60(b)(6)," [Doc. 10] are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** Signed: November 23, 2016

Martin Reidinger
United States District Judge