# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00219-MR
# [CRIMINAL CASE NO. 1:98-cr-00155-MR-1]

| | |
|---|---|
| ARANDER MATTHEW HUGHES, Jr., )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's *Pro Se* Motions for Transcript [Docs. 17, 18]. The Petitioner is represented by Caryn Devins Strickland of the Federal Defenders of Western NC. [Doc. 12].

On June 8, 2016, Petitioner filed a Section 2255 Motion to Vacate, Correct, or Set Aside Sentence. [Doc. 1]. This case has been stayed over the last three years, first pending the decisions of the Fourth Circuit Court of Appeals in United States v. Ali, No. 15-4433 (4th Cir.) and in United v. Simms, No. 15-460 (4th Cir.) [Doc. 8], and second pending the decision of the United States Supreme Court in United States v. Davis, No. 18-431 [Doc. 16]. Davis was recently decided. This Court, thereafter, lifted the stay and ordered the Government respond to Petitioner's motion by August 23, 2019.

On the Government's motion, the Court extended the time within which the Government must respond to the Petitioner's Section 2255 Motion to Vacte to September 23, 2019.

On August 16 and August 19, 2019, respectively, the Petitioner filed *pro se* the "Motions for Transcripts" before the Court. [Docs. 17, 18]. Petitioner seeks copies of transcripts found at Docket No. 78 in his related criminal proceedings, Criminal Case No. 1:98-cr-00155-MR-1. [Doc. 17]. It appears Plaintiff also seeks a copy of a motion filed in the criminal proceedings. Petitioner, however, may not file motions *pro se* because he is represented by Counsel in this case. See Haefner v. County of Lancaster, Pa., 165 F.R.D. 58, 59 (E.D. Va. Mar. 4, 1996). As such, the Court will strike these motions. Petitioner is instructed not to file any further documents on his own behalf in this case. Rather, Petitioner's attorney must file documents with the Court.

## ORDER

**IT IS, THEREFORE, ORDERED** that Petitioner's Motions for Transcript [Docs. 17, 18] are **STRICKEN** from the record in this matter.

**IT IS SO ORDERED.**

Signed: August 28, 2019

Martin Reidinger
United States District Judge