# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Arander Matthew Hughes Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00219-MR |
| | ) | 1:98-cr-00155-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 2, 2020 Order.

March 2, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court